# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0512
_____

JAMES GORDON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Proceedings.


August 11, 2026


PER CURIAM.

DISMISSED.

BILBREY, TREADWELL, and NEFF, JJ., concur.
_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***
_____


James D. Gordon, pro se, Petitioner.

No appearance for Respondent.